IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS ROSS, | No. C 10-2486 SI |
| Plaintiff, | **ORDER TO SHOW CAUSE RE FAILURE TO APPEAR AT CASE MANAGEMENT CONFERENCE; FAILURE TO RESPOND TO COMPLAINT** |
| v. | |
| ADAMS ASSOCIATES, KELLY SNYDER, MARTH DANIELS and LAURA PUTNAM, | |
| Defendants. | |

This matter came on for a regularly-scheduled case management conference on Friday, September 10, 2010. Plaintiff was present, but no defendant appeared.

The record reflects that on July 13, 2010, the U.S. Marshals Service served process on each defendant at the address provided to them by plaintiff (351 H Avenue, Treasure Island, San Francisco, CA 94130). However, defendants have filed no appearance in the case, have filed no response to the complaint and have not otherwise contacted the Court about this matter.

Accordingly, defendants are ORDERED TO SHOW CAUSE, **in writing filed with the Court and served on plaintiff no later than October 15, 2010**, why they failed to appear and whether they intend to defend against this action. In the event an adequate response is not provided by October 15, 2010, plaintiff may request that default, and ultimately default judgment, be entered against defendants.

**IT IS SO ORDERED.**

Dated: October 4, 2010

SUSAN ILLSTON
United States District Judge