1    GARY R. BASHAM (SBN 130119)
     KELLEY S. KERN  (SBN 221265)
2    BASHAM PARKER LLP
     701 University Avenue, Suite 220
3    Sacramento, California 95825
     Telephone:  (916) 925-5850
4    Facsimile:  (916) 925-5854

5    Attorneys for Defendant
     ADAMS AND ASSOCIATES, KELLY SNYDER,
6    MARTH DANIELS and LAURA PUTNAM

7

8                     UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11   FRANCOIS ROSS, | Case No. C 10-2486 SI |
| 12           Plaintiff, | **DEFENDANTS' SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER** |
| 13     v. | |
| 14   ADAMS ASSOCIATES, KELLY SNYDER, MARTH DANIELS and LAURA PUTNAM, | |
| 15 | |
| 16        Defendants. | |

17         THE COURT AND ALL PARTIES ARE NOTIFIED Defendant ADAMS AND

18 ASSOCIATES, INC., KELLY SNYDER, MARTH DANIELS and LAURA PUTNAM make the

19 following substitution:

20           **Former Legal Representative:**    Basham Parker, LLP

21           **New Legal Representative:**     Basham Law Group

22

23        Gary R. Basham, Basham Law Group, 701 University Ave., Suite 220,

24 Sacramento, California 95825, (916) 282-0841.

25       I consent to this substitution.

26       Date: 11/12/10            _____, CFO

27                For Adams and Associates, Inc.

28

I consent to this substitution.

Date: 10/29/10

Kelly Snyder

I consent to this substitution.

Date: 11/3/10

Marth Daniels

I consent to this substitution.

Date: 11/4/10

Laura Putnam

I consent to this substitution.

Date: 10-28-10

Gary R. Basham
Basham Parker, LLP

I consent to this substitution.

Date: 10-28-10

Gary R. Basham
Basham Law Group

**IT IS SO ORDERED:**

Date:_____

_____
U.S. District Court Judge