IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HILL, | No. C 10-02780 SI |
| Plaintiff, | **PRETRIAL PREPARATION ORDER** |
| v. | |
| LIFE INSURANCE CO, | |
| Defendant. | |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>April 8, 2011</u> at <u>3:00 p.m.</u>
Counsel *must* file a joint case management statement seven days in advance of the conference.

PRETRIAL CONFERENCE DATE: (none set)

TRIAL DATE:   at <u>8:30 AM.</u>,
     Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be 1 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall comply with the following briefing schedule for the court trial:
1) Defendant shall submit the administrative record by 11/19/10.
2) Plaintiff shall file it's trial brief by 5/6/11.
3) Defendant shall file it's opposition by 5/20/11.
4) Plaintiff shall file it's reply by 5/27/11.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated:                                                                    *Susan Illston*

                                                                          SUSAN ILLSTON

                                                                          United States District Judge