IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS ROSS, | No. C 10-02486 SI |
| Plaintiff, | **ORDER RE: SERVICE OF PROCESS** |
| v. | |
| ADAMS ASSOCIATES, et al., | |
| Defendants. | |

On June 15, 2010, the Court granted plaintiff's application to proceed in forma pauperis and ordered the U.S. Marshal for the Northern District of California to serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit, and the June 15 order upon defendants. Doc. 4. On July 16, the U.S. Marshal returned the summonses as executed. Doc. 6. In response to an Order to Show Cause, defendants presented evidence to the Court that service upon each of the defendants was legally improper. Doc. 9.

Defendants have now informed the Court that they have authorized BASHAM LAW GROUP to accept service of process on their behalf. Doc. 16. They have indicated that service can be made to:

BASHAM LAW GROUP
701 University Avenue, Suite 220
Sacramento, California 95825

*Id.* Further, attorney Kelly Kern has informed the Court that service by mail will be accepted.

Therefore, the Court hereby orders the Clerk of teh Court to mail a copy of the complaint, any

amendments, scheduling orders, attachments, plaintiff's affidavit, and this order upon defendants ADAMS ASSOCIATES, KELLY SNYDER, MARTHA DANIELS and LAURA PUTNAM at the above address.

**IT IS SO ORDERED.**

Dated: December 6, 2010

SUSAN ILLSTON
United States District Judge