IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS ROSS,<br><br>        Plaintiff,<br><br>  v.<br><br>ADAMS ASSOCIATES, et al.,<br><br>        Defendants.<br>                                        / | No. C 10-02486 SI<br><br>**ORDER REFERRING DISPUTE TO ARBITRATION** |

      Based on the representation of Kelley Kern, counsel for defendant Adams and Associates, Inc., Kelly Snyder, Martha Daniels and Laura Putnam, that plaintiff Francois Ross has agreed to proceed with arbitration of his claims in this matter, in accordance with paragraph 3 of the written Adams and Associates, Inc. Employment Agreement signed by him on November 30, 2009, this dispute is REFERRED TO ARBITRATION. All pending dates in this court are vacated.

      The Court expresses no opinion regarding the enforceability of the arbitration clause. Additionally, since plaintiff filed in this case *in forma pauperis*, and therefore there was no filing fee associated with this suit, the Court understands that he will not be expected to pay a fee with regard to the arbitration.

**IT IS SO ORDERED.**

Dated: January 10, 2011

                                                                          SUSAN ILLSTON<br>
                                                                          United States District Judge