IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCOIS ROSS, | No. C 10-02486SI |
|     Plaintiff, | **NOTICE** |
|   v. | |
| ADAMS ASSOCIATES, | |
|     Defendant.               / | |

To All Parties:

YOU ARE HEREBY NOTIFIED THAT upon Judge Illston's instruction, this case shall be administratively closed.

Dated: January 11, 2011                                                        RICHARD W. WIEKING, Clerk

                                                                                 Tracy Forakis
                                                                                 Deputy Clerk

**United States District Court**
For the Northern District of California