1  GARY R. BASHAM (SBN 130119)
   KELLEY S. KERN  (SBN 221265)
2  BASHAM LAW GROUP
   701 University Avenue, Suite 220
3  Sacramento, California 95825
   Telephone:  (916) 993-4840
4  Facsimile:  (916) 993-4849

5  Attorneys for Defendants
   ADAMS AND ASSOCIATES, KELLY SNYDER,
6  MARTHA DANIELS and LAURA PUTNAM

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10 | FRANCOIS ROSS,                         | Case No. C 10-2486 SI
11 |         Plaintiff,                     | **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON**
12 |    v.                                  |
13 | ADAMS ASSOCIATES, KELLY SNYDER,        |
14 | MARTH DANIELS and LAURA PUTNAM,        |
15 |         Defendants.                    |

16     Pursuant to a settlement agreement between Plaintiff FRANCOIS ROSS and
17 Defendants ADAMS AND ASSOCIATES, KELLY SNYDER, MARTHA DANIELS and
18 LAURA PUTNAM, and pursuant to FRCP 41(a)(1)(ii), the Parties request that the entire case
19 against Defendants ADAMS AND ASSOCIATES, KELLY SNYDER, MARTHA DANIELS
20 and LAURA PUTNAM be dismissed with prejudice.

21 **IT IS SO STIPULATED.**

22 Date: February 23, 2011          BASHAM LAW GROUP

23

24                        By:   */s/ Kelley S. Kern*
                                GARY R. BASHAM
25                              KELLEY S. KERN

26                              Attorneys for Defendants
                                ADAMS AND ASSOCIATES, KELLY
27                              SNYDER, MARTHA DANIELS and LAURA
                                PUTNAM
28

                                      1

Date: February 23, 2011                              IN PRO PER

                                         By:  /s/ Francois Ross
                                              FRANCOIS ROSS, Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the entire Complaint in Case No. C 10-2486 SI is dismissed with prejudice as to all Defendants.

Dated:_____          _____
                                              UNITED STATES DISCTRICT JUDGE