1  GARY R. BASHAM (SBN 130119)
   KELLEY S. KERN  (SBN 221265)
2  BASHAM LAW GROUP
   701 University Avenue, Suite 220
3  Sacramento, California 95825
   Telephone:  (916) 993-4840
4  Facsimile:  (916) 993-4849

5  Attorneys for Defendants
   ADAMS AND ASSOCIATES, KELLY SNYDER,
6  MARTHA DANIELS and LAURA PUTNAM

7

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10 FRANCOIS ROSS,                    Case No. C 10-2486 SI

11       Plaintiff,                  **STIPULATION OF DISMISSAL AND
                                     [P̶R̶OPOSED̶] ORDER THEREON**
12    v.

13 ADAMS ASSOCIATES, KELLY SNYDER,
   MARTH DANIELS and LAURA PUTNAM,
14
         Defendants.
15

16       Pursuant to a settlement agreement between Plaintiff FRANCOIS ROSS and

17 Defendants ADAMS AND ASSOCIATES, KELLY SNYDER, MARTHA DANIELS and

18 LAURA PUTNAM, and pursuant to FRCP 41(a)(1)(ii), the Parties request that the entire case

19 against Defendants ADAMS AND ASSOCIATES, KELLY SNYDER, MARTHA DANIELS

20 and LAURA PUTNAM be dismissed with prejudice.

21 **IT IS SO STIPULATED.**

22 Date:  February 23, 2011            BASHAM LAW GROUP

23

24                              By:  /s/ Kelley S. Kern
                                     GARY R. BASHAM
25                                   KELLEY S. KERN

26                                   Attorneys for Defendants
                                     ADAMS AND ASSOCIATES, KELLY
27                                   SNYDER, MARTHA DANIELS and LAURA
                                     PUTNAM
28

Date:  February 23, 2011                    IN PRO PER

By:    /s/ *Francois Ross*
      FRANCOIS ROSS, Plaintiff

**<u>ORDER</u>**

IT IS HEREBY ORDERED that the entire Complaint in Case No. C 10-2486 SI is dismissed with prejudice as to all Defendants.

Dated:  5/11/11                                        _____
                                UNITED STATES DISCTRICT JUDGE